UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>   v.<br>LONG VAN NGUYEN,<br>             Defendant. | Case No. CR12-212RSL<br><br>ORDER DENYING MOTION<br>FOR RECONSIDERATION |

This matter comes before the Court on the government's "Motion for Reconsideration of Court's Order Granting and Denying, in Part, Disclosure of Confidential Informant" (Dkt. # 56). Having considered the parties' memoranda and the remainder of the record, the Court finds as follows:

The government argues primarily that "disclosure of the identify of the CI at this stage of the proceedings will place the safety of the CI and his/her family at serious risk of physical harm and danger." Dkt. # 56 at 2. However, the government fails to explain why a protective order is insufficient to protect the confidential informant in these circumstances. The Court therefore DENIES the government's motion for reconsideration (Dkt. # 56).

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1    DATED this 27th day of June, 2013.

2

3

4                                            /s/ Robert S. Lasnik

5                                            Robert S. Lasnik
                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER DENYING MOTION
     FOR RECONSIDERATION - 2